IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ROOSEVELT SMITH                                                                                           PLAINTIFF

VS.                                                             CIVIL ACTION NO. 5:01-CV-97-DCB-JMR

MICHAEL J. ASTRUE
Commissioner of Social Security                                                              DEFENDANT

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Chief Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that Plaintiff's Motion [13-1] to Re-Open Social Security Appeal should be denied.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Plaintiff's Motion [13-1] to Re-Open Social Security Appeal is denied.

SO ORDERED, this the   18th   day of February, 2008.

                                                                   s/ David Bramlette
                                                              UNITED STATES DISTRICT JUDGE